BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZALATHIEL AGUILA, and <br> OMAR ANABO, <br><br> Defendants. | CASE NO. 2:16-CR-00001 <br><br> STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER <br><br> DATE: April 1, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 1, 2016.

2. By this stipulation, the parties now move to continue sentencing until November 4, 2016.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

1

| | |
|---|---|
| Dated:  February 1, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated:  February 1, 2016 | /s/ MATTHEW M. SCOBLE<br>MATTHEW M. SCOBLE<br>Counsel for Defendant<br>ZALATHIEL AGUILA |
| Dated:  February 1, 2016 | /s/ DWIGHT M. SAMUEL<br>DWIGHT M. SAMUEL<br>Counsel for Defendant<br>OMAR ANABO |

**ORDER**

IT IS SO ORDERED.

Dated:  February 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge