BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZALATHIEL AGUILA,<br><br>Defendant. | CASE NO. 2:16-CR-00001<br><br>STIPULATION REGARDING ADVANCING OF WITHDRAWAL OF PLEA HEARING; [PROPOSED] ORDER<br><br>DATE: April 15, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on April 15, 2016.

2. By this stipulation, the parties now move to advance that hearing to April 8, 2016.

3. The parties agree and stipulate that this hearing is for the purpose of the defendant withdrawing his plea of guilty. The government is not opposed to this withdrawal of plea. The government has been advised that previous counsel advised the defendant, prior to entry of his plea of guilty, that he would not be subject to immigration proceedings as a consequence of his plea to the conspiracy charge. This advice was incorrect and is error under Padilla v. Kentucky, 559 U.S. 356 (2010). Accordingly, the parties seek to allow the defendant to withdraw his plea of guilty on April 8, 2016.

IT IS SO STIPULATED.

Dated:  April 1, 2016                                    BENJAMIN B. WAGNER
                                                         United States Attorney


                                                         /s/ MATTHEW M. YELOVICH
                                                         MATTHEW M. YELOVICH
                                                         Assistant United States Attorney


Dated:  April 1, 2016                                    BRUCE LOCKE
                                                         BRUCE LOCKE
                                                         Counsel for Defendant
                                                         ZALATHIEL AGUILA


## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: April 1, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge