UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZALATHIEL AGUILA, and<br>OMAR ANABO<br><br>　　　　Defendants. | No. 2:16-cr-0001-GEB |
| UNITED STATES OF AMERIA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERGIO ROMAN BARRIENTOS, and<br>ZALATHIEL AGUILA<br><br>　　　　Defendants. | No. 2:16-cr-0046-JAM<br><br>**RELATED CASES ORDER** |

On April 15, 2016, the government filed a "Notice of Related Cases" ("Notice") in each of the above-captioned matters. In its Notice, the government states:

> [T]he above-captioned matters are related cases within the meaning of [Eastern District] Local Rule 123 [because they] involve the same parties and witnesses, are based on the same facts, and involve the same properties and transactions. Reassignment to the same district judge would avoid substantial duplication of labor by the Court.

1

(Gov't's Notice of Related Cases, 2:16-cr-0001-GEB, 1:26-28, ECF No. 29.)

Examination of the above-referenced actions reveals they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally reassigned to the judge to whom the first filed action was assigned. Therefore, action 2:16-cr-0046-JAM is reassigned to Judge Garland E. Burrell, Jr., for all further proceedings. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB."

Dated: April 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge