1   Shari Rusk, Bar No. 170313
    Attorney at Law
2   PO Box 188945
    Sacramento, California 95818
3   Tel: (916) 804-8656
    Email: rusklaw@att.net
4

5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,            Cr.S. 16-001 GEB
10
                        Plaintiff,       COURT:  Hon. Judge Garland E. Burrell, Jr.
11                                        DATE:   January 25, 2019
            v.                            TIME:   9:00 a.m.
12
    Zalathiel Aguila,                     **MEMORANDUM TO CONTINUE**
13                                        **JUDGMENT & SENTENCING**
                        Defendant.
14

15

16

17

18
            Zalathiel Aguila  is scheduled to be sentenced on November 16, 2018.
19
    The parties ask that the Court adopt the following continue this matter to January
20
    25, 2019 and that date is available with the Court.  The parties request the following
21
    schedule:
22

23
            Pre-sentence report disclosed:         December 28, 2018
24
            Informal Objections:                   January 4, 2019
25
            Sentencing Memorandum:                 January 11, 2019
26
            Reply or Non-opposition:               January 18, 2019
27
            Judgment and Sentencing:               January 25, 2019
28
                                         1

Date: November 6, 2018                                    Respectfully submitted,


                                                          /s/ Shari Rusk
                                                          SHARI RUSK
                                                          Attorney for Zalathiel Aguila

Based on representation of Defendant, so ordered.

Dated:  November 9, 2018


                                                          _____
                                                          GARLAND E. BURRELL, JR.
                                                          Senior United States District Judge