McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-1 GEB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ZALATHIEL AGUILA, | |
| Defendant. | |

**ORDER**

As part of its plea agreement with the defendant in Case No. 2:16-cr-46 GEB, the government moved on July 26, 2019, for the dismissal of the remaining counts against this defendant in Case No. 2:16-cr-46 GEB and in Case No. 2:16-cr-1 GEB. Accordingly, IT IS HEREBY ORDERED that the pending criminal Information in case number 2:16-CR-1 GEB against defendant Zalathiel AGUILA is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a), with prejudice. This Order does not apply to any other named co-defendant(s) charged in the same Information.

Dated: August 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge